## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOE SCHROEDER LEGACY, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 20 C 3201 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| SERVICE 247 of ILLINOIS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of Plaintiff (s)

and against Defendant (s)

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of Defendant(s) SERVICE 247 of ILLINOIS, INC., et al
and against Plaintiff(s) JOE SCHROEDER LEGACY, LLC, et al
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other: Case is dismissed with prejudice for failure to state a claim.

---

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on Defendants' Motions to Dismiss.

Date:   2/10/2022                              Thomas G. Bruton, Clerk of Court

                                              /s/Lynn Kandziora , Deputy Clerk